IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD W. QUEER, | Civil Action No. 08 – 493 |
| Petitioner, | |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| RANDALL E. BRITTON, *Superintendent*, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and THE DISTRICT ATTORNEY OF THE COUNTY OF WESTMORELAND, | |
| Respondents. | |

## ORDER

**AND NOW**, this 8th day of January 2014, upon consideration of the petition for writ of habeas corpus and all related submissions, and for the reasons stated in this Opinion, **IT IS HEREBY ORDERED** as follows:

1. The petition for writ of habeas corpus is **CONDITIONALLY GRANTED**;

2. Petitioner shall be released from custody **UNLESS**, within sixty-days after the date of this Order, the District Attorney for Westmoreland County files, in the appropriate court, a petition on behalf of the Commonwealth of Pennsylvania to reinstate Petitioner's direct appeal rights *nunc pro tunc* for consideration on the merits and that his appeal rights are in fact reinstated within that time;

3. If Respondents desire to appeal this Order then they must file a separate application for supersedeas;

4. A certificate of appealability as to Petitioner's other claims is **DENIED**; and

5. The Clerk of Court shall mark this case **CLOSED**.

_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge

Cc: Donald W. Queer
ET-9697
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000
*Via U.S. Postal Mail*

Counsel of Record
*Via ECF Electronic Mail*